## YATES v. STATE.
### No. 20002.

Court of Criminal Appeals of Texas.

Dec. 7, 1938.

A. L. Lowery, of Nacogdoches, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Upon trial under an indictment charging assault with intent to murder appellant was convicted of an aggravated assault, and punishment assessed at a fine of $250 and six months' imprisonment in the county jail.

The record contains neither statement of facts nor bills of exception. In such condition nothing is presented for review.

The judgment is affirmed.